**Original Filed 3/16/07**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BENJAMIN JOHNSON, et al.,<br><br>　　　　　　Defendants. | Case Number C 06-7919 JF (HRL)<br><br>ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES<br><br>[Re: Doc. No. 14] |

　　　　On March 7, 2007, the Clerk entered default against Defendant Benjamin Johnson. On March 12, 2007, Defendant Johnson filed a document entitled "Response," in which he asks for the Court's "leniency." It is unclear whether this document is intended to be a motion for relief from entry of default. On March 13, 2007, Plaintiffs filed a request to continue the Case Management Conference currently set for April 6, 2007 on the grounds that Defendant Johnson is in default and that Plaintiffs are in the midst of settlement discussions with the remaining defendant, Cristina Hernandez.

　　　　The Court HEREBY CONTINUES the Case Management Conference from April 6, 2007

Case No. C 06-7919 JF (HRL)
ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES
(JFLC2)

1  to May 4, 2007.  If Defendant Johnson intends to seek relief from entry of default, he is advised
2  that he must file an appropriate motion, which must be served upon all parties in the action.
3      IT IS SO ORDERED.

7  DATED: 3/16/07

                        JEREMY FOGEL
                        United States District Judge

2

Case No. C 06-7919 JF (HRL)
ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES
(JFLC2)

Copies of Order served on:

Jennifer L. Barry    jennifer.barry@lw.com, alethia.corneil@lw.com

Kenneth M. Fitzgerald    kenneth.fitzgerald@lw.com, ginger.calderon@lw.com

Benjamin Johnson
3864 Mountainside Trial
Evergreen, CO 80439

3

Case No. C 06-7919 JF (HRL)
ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES
(JFLC2)